UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MAX VALADEZ, | Case No. 17-CV-05318 LHK (PR) |
| Petitioner, | |
| v. | **ORDER OF DISMISSAL** |
| SCOTT FRAUENHEIM, | |
| Respondent. | |

On September 13, 2017, petitioner, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] That same day, the court sent a notification to petitioner, informing him that he did not pay the filing fee, nor did he file a complete application to proceed *in forma pauperis* ("IFP"). The court provided petitioner with a blank IFP application, along with a return envelope, and a notification that the case would be dismissed if petitioner failed to pay the fee, or file a completed application with supporting documentation within twenty-eight days. More than twenty-eight days have passed and petitioner has not filed a filing fee, nor has he filed a completed application to proceed IFP.

---

[1] This case was reassigned to this court on October 19, 2017.

Case No. 17-CV-05318 LHK (PR)
ORDER OF DISMISSAL

Thus, the instant action is DISMISSED without prejudice. The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

DATED: 10/26/2017

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE